# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN QUINTERO,

    Plaintiff,

v.

ROMEO ARANAS et al.,

    Defendants.

3:16-cv-00673-MMD-VPC

**ORDER**

The Court grants Plaintiff's motion to have the Clerk of the Court resend a copy of the screening order (ECF No. 4) to him at his Warm Springs Correctional Center address. (ECF No. 8).

For the foregoing reasons, IT IS ORDERED that the motion to resend (ECF No. 8) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a copy of the screening order (ECF No. 4) to Plaintiff at his Warm Springs Correctional Center address.

DATED: This 27th day of December 2017.

_____
United States Magistrate Judge