1 │ AARON D. FORD
  │   Attorney General
2 │ IAN E. CARR, Bar No. 13840
  │   Deputy Attorney General
3 │ State of Nevada
  │ Bureau of Litigation
4 │ Public Safety Division
  │ 100 N. Carson Street
5 │ Carson City, NV  89701-4717
  │ Tel: (775) 684-1259
6 │ E-mail: icarr@ag.nv.gov

7 │ *Attorneys for Defendants*
  │ *Adam Laxalt and Joe Prieto*

8 │

9 │ **UNITED STATES DISTRICT COURT**

10 │ **DISTRICT OF NEVADA**

11 │ JOHN QUINTERO,

12 │                   Plaintiff,

13 │ vs.

14 │ CONNIE BISBEE, et al.,

15 │                   Defendants.

Case No.  3:16-cv-00673-MMD-CBC

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (ECF No. 56)**

16 │ Defendants, Adam Laxalt and Joe Prieto (Defendants), by and through counsel, Aaron D. Ford,

17 │ Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby submit their

18 │ Motion for Extension of Time to File a Responsive Pleading (First Request).  This Motion is based on

19 │ Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and

20 │ all papers and pleadings on file in this action.

21 │ **MEMORANDUM OF POINTS AND AUTHORITIES**

22 │ **I.   ARGUMENT**

23 │ Defendants respectfully request a thirty (30) day extension of time out from the current deadline

24 │ (February 21, 2019) to file a responsive pleading in this case.  Counsel for Defendants is confronted

25 │ with numerous competing deadlines and a high workload due to staffing changes in the Office of the

26 │ Attorney General.  Furthermore, defense counsel has a jury trial before United States Senior District

27 │ Judge Robert C. Jones scheduled to begin on Monday, February 25, 2019 in the case of *Peters v. Cox*,

28 │ 3:15-cv-00472-RCJ-CBC.  The trial is anticipated to last four to five days, not including deliberations.

1   However, such obstacles are currently being resolved and the requested extension of time should afford

2   Defendants adequate time to file a responsive pleading in this case.

3         Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

4              When an act may or must be done within a specified time, the court may,
               for good cause, extend the time: (A) with or without motion or notice if
5              the court acts, or if a request is made, before the original time or its
               extension expires; or (B) on motion made after the time has expired if the
6              party failed to act because of excusable neglect.

7

8         Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case,

9   but will allow for a thorough responsive pleading to Plaintiff's allegations.  The requested thirty (30)

10  day extension of time should permit Defendants time to adequately research and respond to Plaintiff's

11  allegations.   Defendants assert that the requisite good cause is present to warrant the requested

12  extension of time.

13        For these reasons, Defendants respectfully request a thirty (30) day[1] extension of time from the

14  current deadline to file a responsive pleading in this case, with a new deadline to and including

15  Monday, March 25, 2019.

16        DATED this 21st day of February, 2019.

17                              AARON D. FORD
                                Attorney General
18
                          By:   _____
19                              IAN E. CARR
                                Deputy Attorney General
20                              State of Nevada
                                Bureau of Litigation
21                              Public Safety Division
                                *Attorneys for Defendants*
22

23
                          **IT IS SO ORDERED.**
24
25                              _____
                                U.S. MAGISTRATE JUDGE
26                              DATED: 2/26/2019
27

28      [1]  Due to the 30-day period falling on a weekend, the deadline is pushed to the next business
        day. *See* FED. R. CIV. P. 6(a)(1)(C).

                                                2

1

**CERTIFICATE OF SERVICE**

2     I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3 on February 21, 2019, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION**

4 **OF TIME TO FILE RESPONSIVE PLEADING (ECF No. 56)**, by depositing for mailing via the

5 U.S. Postal Service, to the following:

6

7     John Quintero #93782
      Warm Springs Correctional Center (WSCC)

8     P.O. Box 7007
      Carson City, NV 89701

9

10     Furthermore, the following parties registered with this Court's CM/ECF system will be served

11 electronically:

12

13     Kathleen Brady
      Deputy Attorney General

14     555 Wright Way
      Carson City, NV 89711

15     kbrady@ag.nv.gov

16

17                                        An employee of the
                                           Office of the Attorney General
18

19

20

21

22

23

24

25

26

27

28

3