1   AARON D. FORD
      Attorney General
2   KATHLEEN BRADY (Bar No. 11525)
      Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 Wright Way
    Carson City, NV 89711
5   (775) 684-4605 (phone)
    (775) 684-1601 (fax)
6   kbrady@ag.nv.gov
    *Attorneys for Defendants CONNIE BISBEE,*
7   *DARLA FOLEY, ED GRAY, SHAWN ARRUTI and JAMES WRIGHT*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

        MAR 2 6 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

8

9                   UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA          *ORDER*

11  JOHN QUINTERO,                          CASE NO. 3:16-cv-00673-MMD-VPC

12                   Plaintiff,             **MOTION FOR EXTENSION OF TIME
                                            TO FILE A REPLY IN SUPPORT OF**
13         vs.                              **DEFENDANTS' MOTION TO DISMISS
                                            AND MOTION TO STAY DISCOVERY**
14  CONNIE BISBEE, et al.,                  **(FIRST REQUEST)**

15                   Defendant/Respondent.

16  _____

17         COME NOW Defendants, CONNIE BISBEE, DARLA FOLEY, ED GRAY, SHAWN

18  ARRUTI and JAMES WRIGHT (Parole Board and DPS Defendants), by and through their attorneys,

19  AARON D. FORD, Attorney General, and KATHLEEN BRADY, Deputy Attorney General hereby

20  submits this Motion for Extension of Time to File a Reply in Support of Defendants' Motion to Dismiss

21  and Motion to Stay. This is Parole Board and DPS Defendants' first motion for an extension of time to

22  file a Reply. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, the

23  following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

24                   **MEMORANDUM OF POINTS AND AUTHORITIES**

25  I.     **ARGUMENT**

26         Parole Board and DPS Defendants respectfully request an extension of time to file a Reply in

27  Support of the Motion to Dismiss and Motion to Stay Discovery, which are currently due March 26,

28  2019.   Plaintiff filed his response on March 19, 2019, and counsel for Parole Board and DPS

1   Defendants was out of town at a conference that entire week and has been unable to prepare a Reply in

2   Support of the Motion to Dismiss and Motion to Stay Discovery. Moreover, counsel for Parole Board

3   and DPS Defendants has four other pleadings due the week of March 26, 2019, including a motion for

4   summary judgment.

5         Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

6             When an act may or must be done within a specified time, the court may,
          for good cause, extend the time: (A) with or without motion or notice if

7             the court acts, or if a request is made, before the original time or its
          extension expires; or (B) on motion made after the time has expired if the

8             party failed to act because of excusable neglect.

9         Parole Board and DPS Defendants' request is timely and its limited nature will not hinder or

10  prejudice Plaintiff's case, but will allow for thorough briefing of each Motion. Parole Board and DPS

11  Defendants assert that the requisite good cause is present to warrant the requested extension of time for

12  the determination of which complaint is controlling in this case.

13        For these reasons, Parole Board and DPS Defendants respectfully request an extension of time

14  to file a Response to Plaintiff's Second Amended Complaint, with a new deadline of 14 additional days,

15  or April 9, 2019.

16        DATED this 25th day of March, 2018.

17                       AARON D. FORD
                     Attorney General

18

19                       By:   /s/ Kathleen Brady
                            KATHLEEN BRADY

20                              Deputy Attorney General
                            *Attorneys for Defendants CONNIE BISBEE,*

21                              *DARLA FOLEY, ED GRAY, SHAWN ARRUTI and*
                            *JAMES WRIGHT*

22

23

24                           IT IS SO ORDERED

25                           U.S. MAGISTRATE JUDGE

26                           DATED: 3/26/2019

27

28