AARON D. FORD
  Attorney General
KATHLEEN BRADY (Bar No. 11525)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4605 (phone)
(775) 684-1601 (fax)
kbrady@ag.nv.gov
*Attorneys for Defendants CONNIE BISBEE,
DARLA FOLEY, ED GRAY, SHAWN ARRUTI and JAMES WRIGHT*

FILED ☑   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 20 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA  ORDER

JOHN QUINTERO,

        Plaintiff,

vs.

CONNIE BISBEE, et al.,

        Defendant/Respondent.

CASE NO. 3:16-cv-00673-MMD-VPC

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PARTIAL
SUMMARY JUDGMENT
(FIRST REQUEST)**

COME NOW Defendants, CONNIE BISBEE, DARLA FOLEY, ED GRAY, SHAWN ARRUTI and JAMES WRIGHT (Parole Board and DPS Defendants), by and through their attorneys, AARON D. FORD, Attorney General, and KATHLEEN BRADY, Deputy Attorney General hereby submits this Motion for Extension of Time to File a Response to Plaintiff's Motion for Partial Summary Judgment. This is Parole Board and DPS Defendants' first motion for an extension of time to file a Response. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.    **ARGUMENT**

Parole Board and DPS Defendants respectfully request a twenty-one (21) day extension of time to file a Response to Plaintiff's Motion for Partial Summary Judgment, which is currently due May 15, 2019. Plaintiff filed his motion on April 24, 2019, and counsel for Parole Board and DPS Defendants

-1-

has been confronted with numerous competing deadlines. Moreover, counsel for Parole Board and DPS Defendants is waiting to receive court documentation from Plaintiff's underlying conviction to disprove some of Plaintiff's allegations. However, such obstacles are currently being resolved and the requested extension of time should afford counsel for Parole Board and DPS Defendants adequate time file a response.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Parole Board and DPS Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for thorough briefing of each Motion. Parole Board and DPS Defendants assert that the requisite good cause is present to warrant the requested extension of time for the determination of which complaint is controlling in this case.

For these reasons, Parole Board and DPS Defendants respectfully request an extension of time to file a Response to Plaintiff's Second Amended Complaint, with a new deadline of 21 additional days, or June 5, 2019.

DATED this 14th day of May, 2018.

AARON D. FORD
Attorney General

By: /s/ Kathleen Brady
KATHLEEN BRADY
Deputy Attorney General
*Attorneys for Defendants CONNIE BISBEE, DARLA FOLEY, ED GRAY, SHAWN ARRUTI and JAMES WRIGHT*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 5/20/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on May 14, 2019, I filed the foregoing document via this Court's electronic filing system. Parties that are registered with this Court's EFS will be served electronically.

IAN E. CARR,
Deputy Attorney General
100 N. Carson Street
Carson City, NV 89701

For those parties not registered, service was made by depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada to the following:

John Quintero (#93782)
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV 89702

/s/ Barbara D. Cozens
Barbara D. Cozens